UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LAWRENCE DOMINGO RILEY                                                    PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:09CV201-RHW

HEALTH ASSURANCES, LLC; PAT OLSEN;
and HARRISON COUNTY, MISSISSIPPI                                       DEFENDANTS

# FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that Defendants' [41, 47] Motions for Summary Judgment are GRANTED, that Plaintiff's [45] Motion for Summary Judgment is DENIED and that the Plaintiff's claims against the Defendants are DISMISSED with prejudice. All other pending motions are hereby found to be moot.

SO ORDERED, this the 11th day of January, 2010.

                                                s/ *Robert H. Walker*
                                                UNITED STATES MAGISTRATE JUDGE